FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENE A. GRIER, d/b/a
EL-AMIN SHELTER & CARE

           Plaintiff,

v.

CIVIL NO. 3:04-cv-914J32mmH
**AND DEMAND JURY TRIAL**

STATE OF FLORIDA, AGENCY FOR
HEALTH CARE ADMINISTRATION,
and                             Defendant
STATE OF FLORIDA, DISTRICT FOUR,
HUMAN RIGHTS ADVOCACY COMMITTEE
and                             Defendant
STATE OF FLORIDA, DISTRICT FOUR,
DEPARTMENT OF ELDERS AFFAIRS
and                             Defendant
STATE OF FLORIDA, DISTRICT FOUR,
DEPARTMENT OF CHILDREN AND
FAMILIES
and                             Defendant
STATE OF FLORIDA, STATES ATTORNEY,
FOURTH JUDICIAL CIRCUIT OF FLORIDA
and                             Defendant
CITY OF JACKSONVILLE, DEPARTMENT
OF PUBLIC WORKS, BUILDING
INSPECTION DIVISION

                                  Defendant.
_____/

## COMPLAINT

Gene A. Grier, d/b/a El-Amin Shelter & Care in this complaint against Defendants State of Florida, Agency For Health Care Administration, State of Florida, District Four, Human Rights Advocacy Committee, State of Florida, District Four, Department of Elderly Affairs, State of Florida, District Four, Department of Children and Families, State of Florida, States Attorney, Fourth Judicial Circuit of Florida and City of Jacksonville Department of Public Works, Building Inspection Division, plaintiff alleges as follows:
      Denial of due process, unlawful search an seizure, conspiracy, fraud and under color of law.

## THE PARTIES

1. Plaintiff Gene A. Grier, d/b/a El-Amin Shelter & Care is an individual who resides in Jacksonville, Duval County, Florida.

2. On information and belief, Defendants are local and state government agencies within the State of Florida.

## JURISDICTION

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, 28 U.S.C. § 1443, 28 U.S.C. § 1446, and 28 U.S.C. § 1446(a) as this case arise under the laws of the United States.

4. This Court has personal jurisdiction over Defendants because Defendants our local and state governmental agencies of Florida and the wrongs complained of herein occurred in the State of Florida.

## VENUE

5. Venue is proper in this Court pursuant to 28 U.S.C. §1391 on the grounds that Defendants resides in this judicial district and on grounds that a substantial part of the events and omissions giving rise to plaintiff's claims occurred within this judicial district.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

6. On or about August 16, 2002, Defendant (State of Florida, Agency For Health Care Administration) an agency within in the State of Florida filed a cause of action against Plaintiff.

7. The cause of action against Defendant (State of Florida, Agency For Health Care Administration) is still in litigation in state court under cause of action # 1D02-3822.

8. On or about February 2, 1999, and forward, a consortium was formed by Defendants enabling them with investigative powers that contradicted State of Florida statues.

9. Consortium also called "Human Rights Advocacy Committee (HRAC) and Operation Spot Check."

10. Operation Spot Check consisted of: Attorney General's Office, Medicaid Control Fraud Unit, State's Attorney's Office, Agency for Health Care Administration, Long Term Ombudsman, Department of Children and Families, ADM and Department of Children and Families, API.

11. Under local and state laws, Defendant's take an oath of office to uphold the laws.

12. On or about November 6, 2000, and forward, Defendants as a consortium conspired to deprive Plaintiff of his Constitutional rights.

13. State of Florida on or about 1999 Florida statutes did not have a regulatory scheme in place regarding administrative inspections relating to warrantless search in regards to administrative inspections for Defendants as a consortium "Operation Spot Check and Human Rights Advocacy Committee".

14. On or about November 6, 2000, John Rutherford was City of Jacksonville Police Chief.

15. On or about November 6, 2000, John Rutherford was a member of Operation Spot Check and Human Rights Advocacy Committee.

16. On or about November 6, 2000, Linda McCallum was a Circuit Court Judge for Duval County, Florida.

17. On or about November 6, 2000, Linda McCallum was a member of Operation Spot Check.

18. On or about November 6, 2000, Andrew Kantor and Charles Mason was State Attorney's for State of Florida.

19. On or about November 6, 2000, Andrew Kantor and Charles Mason were members of Operation Spot Check.

20. Agency for Health Care Administration, had it's own rules and regulations regarding announcing inspections.

21. Defendants were nothing other than a consortium set out to impose their will, not law on others.

22. Can law enforcement completely by pass the Fourth and Fourteenth Amendments of the United States Constitution simply by joining forces with an A.P.A. agency?

## CONSTITUTIONAL RIGHTS

23. Defendants deprived Plaintiff of it's constitutional rights under 18 U.S.C. § 2236 and 18 U.S.C. § 242.

24. Residents of Plaintiff's facility were deprived of constitutional rights when they were displaced from Plaintiff's facility, allege unsafe electrical conditions.

WHEREFORE, Plaintiff Gene A. Grier, d/b/a El-Amin Shelter & Care prays the court and requests that this Court enter judgment in his favor and enter an Order:

a. Awarding him all available compensatory and equitable damages;

b. Awarding him punitive damages;

c. Awarding him costs, prejudgment interest, and attorneys fees, and

d. Awarding him such other and further relief as may be appropriate.

e. Remove injunction placed on Plaintiff from Defendants while court action is pending.

f. Demand $6,000,000.00.

Dated: September 20th, 2004

Respectfully submitted,

/s/ Gene A. Grier
Gene A. Grier, Pro se
2035 Baldwin Street
Jacksonville, FL  32209

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing **Complaint** was forwarded to Defendants **State of Florida, Agency For Health Care Administration**, Attn: Karen Swan, 921 N. Davis Street, Bldg. A Suite 115, Jacksonville, FL 32209, **State of Florida, District Four, Human Rights Advocacy Committee**, Attn: Maureen Thompson, 5920 Arlington Expressway, Jacksonville, FL 32231-0083, **State of Florida, District Four, Department of Elders Affairs**, Attn: M. Stephanie Fox, 4401 Wesconnett Blvd., 2nd Floor, Jacksonville, FL 32210, **State of Florida, District Four, Department of Children and Families**, Attn: District Administrator, 5920 Arlington Expressway, Jacksonville, FL 32231-0083, **State of Florida, States Attorney, Fourth Judicial Circuit of Florida**, Special Prosecution Division, 10 West Adams St., Suite 200, Jacksonville, FL 32202 and **City of Jacksonville Department of Public Works**, Attn: Richard Blair, Building Inspection, City Hall Annex, Room 100, 220 E. Bay St., Jacksonville, FL 32207 by Process of Service, prepaid, this ___ day of September, 2004.

_/s/ Gene A. Grier_
Gene A. Grier, d/b/a El-Amin Shelter & Care, Pro se
2035 Baldwin St.
Jacksonville, Florida 32209
Telephone: 904-353-8111