FILED

United States District Court for the Middle
District of Florida
File Number 3:04-cv-914-J-20TEM

2006 JAN 31  A 11: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

GENE A. GRIER, d/b/a
EL-AMIN SHELTER & CARE

                Plaintiff,        **Notice of Appeal**

v.

JOHN RUTHERFORD, et al.,

                Defendants.
_____/

Notice is hereby given that Gene A. Grier d/b/a El-Amin Shelter & Care, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment from an order dismissing the Third Amended Complaint with prejudice entered in this action on November 11, 2005.

                */s/ Gene A. Grier*
                Gene A. Grier, Pro se
                2035 Baldwin Street
                Jacksonville, FL 32209