# United States Court of Appeals
## For the Eleventh Circuit

FILED
2008 JUL 31 PM 1:08

---

No. 07-15445

---

District Court Docket No.
04-00914-CV-J-20TEM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 30, 2008
THOMAS K. KAHN
CLERK

GENE A. GRIER,
d.b.a. El-Amin Shelter & Care,

        Plaintiff-Appellant,

versus

STATE OF FLORIDA, AGENCY FOR HEALTH
CARE ADMINISTRATION, et al.,

        Defendants,

CITY OF JACKSONVILLE, FLORIDA,
a political subdivision,
ROBERT DICKSON,
individually,
STEPHANIE FOX,
individually,
ANDREW KANTOR,
individually,
ESQ. MICHAEL O. MATHIS,
individually, et al.,

        Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUL 29 2008
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 30, 2008
For the Court: Thomas K. Kahn, Clerk
By: Jackson, Jarvis

FILED

[DO NOT PUBLISH] 2008 JUL 31 PM 1:08

MIDDLE DISTRICT FLOR.
JACKSONVILLE, FLORIDA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 30, 2008
THOMAS K. KAHN
CLERK

No. 07-15445
Non-Argument Calendar

D. C. Docket No. 04-00914-CV-J-20TEM

GENE A. GRIER,
d.b.a. El-Amin Shelter & Care,

Plaintiff-Appellant,

versus

STATE OF FLORIDA, AGENCY FOR HEALTH
CARE ADMINISTRATION, et al.,

Defendants,

CITY OF JACKSONVILLE, FLORIDA,
a political subdivision,
ROBERT DICKSON,
individually,
STEPHANIE FOX,
individually,
ANDREW KANTOR,
individually,
ESQ. MICHAEL O. MATHIS,
individually, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

(May 30, 2008)

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Appellant Gene Grier appeals *pro se* from the district court's order denying his motion for relief from a void judgment, filed pursuant to Fed.R.Civ.P. 60(b)(4). Grier argues that because the district court had not adjudicated all of the claims in his 42 U.S.C. § 1983 complaint, the district court's judgment was not a final appealable order, and, thus, the judgment was void.

Normally, we review a district court's ruling upon a motion filed pursuant to Rule 60(b) for an abuse of discretion. *Burke v. Smith*, 252 F.3d 1260, 1263 (11th Cir. 2001). However, we review a motion filed pursuant to Rule 60(b)(4) *de novo*. *Id.*

Under Rule 60(b)(4), a court may relieve a party from a final judgment if the judgment is void. Fed.R.Civ.P. 60(b)(4). "Generally, a judgment is void under Rule 60(b)(4) if the court that rendered it lacked jurisdiction of the subject matter, or of the parties, or if it acted in a manner inconsistent with due process of law."

2

*Burke*, 252 F.3d at 1263 (quotation omitted). A judgment is void when the court has no power to render judgment. *See In re Worldwide Web Sys., Inc.*, 328 F.3d 1291, 1299 (11th Cir. 2003). Furthermore, this court's predecessor stated that "[a] judgment is not void because it is erroneous." *William Skillings & Assocs. v. Cunard Transp., Ltd.*, 594 F.2d 1078, 1081 (5th Cir. 1979). "A final decision is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Pitney Bowes, Inc. v. Mestre*, 701 F.2d 1365, 1368 (11th Cir. 1983) (quotation omitted).

We conclude from the record that the district court's judgment was not void because it had the power to enter a judgment in the case. Furthermore, the district court order dismissing Grier's § 1983 action was a final appealable order. Accordingly, we affirm the district court's denial of Grier's Rule 60(b)(4) motion.

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

2008 JUL 31 PM 1:08

MD. E DISTRICT OF FLOR...
JACKSONVILLE, FLORIDA

July 29, 2008

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE FL 32202-4271

**Appeal Number: 07-15445-CC**
Case Style: Gene A. Grier v. State of Florida
District Court Number: 04-00914 CV-J-20TEM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: two folders
    Original record on appeal or review, consisting of: three volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)